

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00471-CR

TERRENCE COLEMAN, Appellant

§   On Appeal from the 158th District Court

§   of Denton County (F18-2347-158)

V.

§   January 16, 2020

§   Opinion by Justice Bassel

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
     Justice Dabney Bassel